BILL LOCKYER
Attorney General of the State of California
JACOB A. APPELSMITH
Senior Assistant Attorney General
BARBARA SEIDMAN
Supervising Deputy Attorney General
KENNETH L. SWENSON (State Bar No. 179245)
Deputy Attorney General
  1300 I Street
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 445-8387
  Fax:  (916) 324-5567
**Attorneys for Defendant State of California by and through its Department of Corrections**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAYLE McCORMICK,**<br><br>                  Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF CORRECTIONS,**<br><br>                  Defendant. | Case CIVS-01-0463-LKK DAD<br><br>**STIPULATION TO DISMISS AND ORDER THEREON** |

Plaintiff Gayle McCormick and defendant Department of Corrections of the State of California, by and through their respective attorneys of record, hereby agree and stipulate that the entire action be dismissed with prejudice, with each side to bear its own costs and fees.

Dated: August 10, 2005        LAW OFFICES OF MARK R. KRUGER

By: _____/s/_____
     MARK R. KRUGER
     Attorney at Law
**Attorneys for plaintiff Gayle McCormick**

Dated: August 10, 2005        BILL LOCKYER
Attorney General of the State of California

By:     _____/s/_____
     KENNETH L. SWENSON
     Deputy Attorney General
**Attorneys for defendant Department of Corrections**

1 | **IT IS SO ORDERED AND DISMISSAL IS SO ENTERED:**

2 | Dated: August 15, 2005

3 | /s/Lawrence K. Karlton
HON. LAWRENCE K. KARLTON
4 | **Senior Judge**
**United States District Court**
5 | **Eastern District of California**